MATTHEW MURPHY, *Respondent, v.* ANNA M. McLANAHAN *et al., Appellants.*— Judgment and order reversed and new trial ordered, costs to abide the event unless the plaintiff stipulate within twenty days that the judgment may be reduced to the amount of $218.75, with interest thereon from the 12th day of April, 1876.   If stipulation is given then judgment affirmed for that amount, without costs of this appeal to either party.   Opinion by HAIGHT, J.

JOHN B. GROW, *Respondent, v.* HORACE GERLOCK and ADAM J. SNELL *et al., Appellants.* — Judgment affirmed, with costs. Opinion by HAIGHT, J.

SUSANNAH B. LOVERIDGE, *Respondent, v.* LEWIS O. HILL and CLAYTON L. HILL, *Appellants.* — Judgment affirmed.   Opinion by HAIGHT, J.

MARY A. WARNER, *as Landlord, Respondent, v.* MERCY HENDERSON, *as Tenant, Appellant.* — Judgment of the County Court and of the Justices' Court reversed, with costs.   Opinion by HAIGHT, J.

JOHN B. LESTER, *Respondent, v.* PETER CROWLEY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.   Mem. by HAIGHT, J.

SYLVESTER E. BROWN, *Respondent, v.* JOSEPH F. CRAWFORD, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by HAIGHT, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY TO ACQUIRE LANDS OF GEORGE E. MUMFORD *et al.* — Order affirmed, with ten dollars costs and disbursements.   Opinion by HAIGHT, J.

JONATHAN D. CONKLIN, *Respondent, v.* WILLIAM SMITH and THOMAS SMITH, *Appellants.* — Judgment and order affirmed.   Opinion by HAIGHT, J.

MABEL CLARK, *Appellant, v.* WILLIAM CANDEE, *Respondent.* — The appeal book does not show that the order appealed from has ever been entered in the office of the clerk.   Case not considered. Mem. by HAIGHT, J.

JACOB E. FOX, *Respondent, v.* WILLIAM H. ABBOTT, *Appellant.* — Case not considered.   The case is not settled or certified by the clerk.

MARY E. RILEY, *Respondent, v.* ELIZABETH A. HOYT, *Appellant.* — Case not considered.   The case does not appear to have been settled or filed in the office of the clerk.